# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>Plaintiff,<br><br>v.<br><br>GARY LOEBNER,<br><br>Defendant. | Case No. 5:18-cv-02759 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward M. Chen to determine whether it is related to 3:17-cv-07306 EMC, Thomas H. Spitters v. Laurence L. Spitters.

IT IS SO ORDERED.

Date: May 11, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge